| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 11 CR 724 (KMW) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Frank Smith New Jersey | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
| | NAME OF SENTENCING JUDGE Kimba M. Wood, Senior U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: — FROM 02/21/19 — TO 07/20/21 |

**OFFENSE**

Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Heroin in Violation of 21 U.S.C. 846 and 841(b)(1)(B), a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____6/22/20_____
Date

_____Kimba M. Wood_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge

Frank Smith                                4                        62265 – ER.cr
Docket Number: 11 CR 724 (KMW)



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]    Transfer of Jurisdiction to the District of New Jersey APPROVED


[ ]    Transfer of Jurisdiction to the District of New Jersey DENIED


[ ]    Other

_____
_____
_____
_____


_Kimba M. Wood_
Honorable Kimba M. Wood
Senior U.S. District Judge
_6/22/20_
Date